# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI GERRE ABERHA,<br><br>                Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00524-LRH-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner Ashenafi Gerre Aberha's unopposed Motion to Extend Time (ECF No. 17). Good cause appearing, the Court grants Petitioner's motion to extend. Petitioner has until August 5, 2021, to file his amended petition.

Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

**IT IS THEREFORE ORDERED** that Petitioner Ashenafi Gerre Aberha's Motion to Extend Time (ECF No. 17) is GRANTED.

DATED this 29th day of June 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1