# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI GERRE ABERHA,<br><br>                    Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br><br>                    Respondents. | Case No. 3:20-cv-00524-LRH-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Respondents' unopposed Motion to Extend Time (ECF No. 22). Good cause appearing, the Court grants Respondents' motion to extend. Respondents have until October 18, 2021 to answer Petitioner's first amended habeas petition.

**IT IS THEREFORE ORDERED** that Respondents' Motion to Extend Time (ECF No. 22) is GRANTED.

DATED this 19th day of October 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1