# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASHENAFI GERRE ABERHA,<br><br>    Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00524-LRH-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner's unopposed Motion to Extend Time (ECF No. 28). Good cause appearing, the Court grants Petitioner's motion to extend. Petitioner has until February 15, 2022 to file his reply in support of his first amended habeas petition.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 28) is GRANTED.

DATED this 22nd day of December 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE